**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>ANGELA ROCHELLE SEARCY,<br><br>Debtor. | CASE NO. 26-20251-jrs<br><br>CHAPTER 13 |
| ANGELA ROCHELLE SEARCY,<br><br>Objector,<br>v.<br><br>INTERNAL REVENUE SERVICE<br>(Claim No. 18),<br><br>Claimant. | CONTESTED MATTER |

**<u>AMENDED OBJECTION TO PROOF OF CLAIM</u>**

**COMES NOW** Debtor, and through counsel files this *Objection to Proof of Claim*, showing to this Honorable Court the following:

1.

Respondent filed a proof of claim (the "Claim") in the above-styled case in the amount of $72,282.08. The Claim is entered as claim number 18 on the Claims Register.

2.

Debtor therefore requests that the claim should be held that Priority taxes due be $24,360 for 2022 to 2025 with $2,651.84 for interest, for a total of $27,011.84. Unsecured general taxes due will be $15,428 with $5,202.59 interest, for a total of $20,630.59.

3.

Debtor therefore requests that the Claim be disallowed until amended to reflect the correct liability.

**WHEREFORE**, Debtor prays:

(a) that this Objection be filed, read, and considered;

(b) that the Court sustain this Objection; and

(c) that this Honorable Court grant such other and further relief as it may deem just and proper.

Respectfully submitted,
*/s/* ________________________
Jason B. Lutz, GA Bar No. 670673
Attorney for Debtor

Clark & Washington, P.C.
3300 Northeast Expwy Bldg 3
Atlanta, GA 30341
Phone: 404-522-2222
Fax: 770-220-0685
Email: ecfnotices@cw13.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>ANGELA ROCHELLE SEARCY,<br><br>Debtor. | CASE NO. 26-20251-jrs<br><br>CHAPTER 13 |
| ANGELA ROCHELLE SEARCY,<br><br>Objector,<br>v.<br><br>INTERNAL REVENUE SERVICE<br>(Claim No. 18),<br><br>Claimant. | CONTESTED MATTER |

**NOTICE OF HEARING ON AMENDED OBJECTION TO PROOF OF CLAIM**

**PLEASE TAKE NOTICE** that Angela Rochelle Searcy filed an Objection to Proof of Claim, and related papers with the Court seeking an order to disallow claim.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Objection at **9:40 A.M**. on **November 10, 2026,** in Courtroom **103**, United States Courthouse, **121 Spring Street, SE, Gainesville, 30501**, which calendar call may be attended in person or via the Court's Virtual Hearing Room. Except as explained in the hearing procedures on Judge Sacca's Chambers webpage, any matter held ready at the calendar call for the Court to hear shall be heard later that day in person at either 11 a.m. or 1 p.m. as mutually requested by the parties in the Courtroom listed above. Please check the "Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, which includes a link to Judge Sacca's Chambers webpage, for more information and instructions on how to participate in Court hearings. You should also review the "Hearing Information" tab on Judge Sacca's Chambers webpage for further information about the procedures for the hearing. If the parties do not mutually agree to have the matter heard in person at 11 a.m. (or such other time agreed to by the parties and approved by the Court, such as 11:30 a.m. that day), the matter will be heard in person at 1 p.m. that day.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy

case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 120, 121 Spring Street, SE, Gainesville, 30501. You must also mail a copy of your response to the undersigned at the address stated below.

Date: 9/28/2026

*/s/*
Jason B. Lutz, GA Bar No. 670673
Attorney for Debtor

Clark & Washington, P.C.
3300 Northeast Expwy Bldg 3
Atlanta, GA 30341
Phone: 404-522-2222
Fax: 770-220-0685
Email: ecfnotices@cw13.com

**CERTIFICATE OF SERVICE**

I certify that on the 28th day of Sept. 2026, I electronically filed the foregoing *Amended Objection to Proof of Claim* and *Notice of Hearing* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Nancy J Whaley, the Standing Chapter 13 Trustee

I further certify that on this day I caused a copy of this document to be served via the United States First Class Mail, with adequate postage prepaid or overnight mail on the following parties at the address shown for each.

Angela Searcy
3317 Lilac Creek Trail
Gainesville, GA 30507

The Internal Revenue Service
Centralized Insolvency Operation
P.O.Box 7346
Philadelphia, PA 19101-7346

The Internal Revenue Service
Insolvency Unit
401 W Peachtree ST, NW
Room 900, M/S 334-D
Atlanta, GA 30308-3539

United States Attorney
Northern District of Georgia
Civil Division, Attn: Civil Clerk
600 Richard B. Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303 - 3309

Department of Justice - Tax Division
Civil Trial Section, Southern Region
P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044

The Internal Revenue Service
Mary Harrell, Bankruptcy Specialist
127 International Drive, M/S 146
Franklin, TN 37067-1760

Dated: 9/28/2026

Respectfully submitted,

*/s/*________________________

Jason B. Lutz, GA Bar No. 670673
Attorney for Debtor
Clark & Washington, PC
3300 Northeast Expwy Bldg 3
Atlanta, GA 30341
Phone: 404-522-2222
Fax: 770-220-0685
Email: ecfnotices@cw13.com