**IT IS ORDERED as set forth below:**

**Date: October 26, 2026**

**James R. Sacca**
**U.S. Bankruptcy Court Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| Angela Rochelle Searcy | ) | |
| Debtor. | ) | CASE NO. 26-20251-jrs<br>CHAPTER 13 |
| SFR Fund VI Borrower, LLC | ) | Judge James R. Sacca |
| Movant. | ) | |
| V. | ) | CONTESTED MATTER |
| Angela Rochelle Searcy, Debtor; and | ) | |
| Nancy J. Whaley, Trustee | ) | |
| Respondents. | ) | |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

On September 11, 2026, SFR Fund VI Borrower, LLC (hereinafter, "Movant") filed a Motion For Relief From Automatic Stay (Doc. No. 32) (the "Motion"). The Motion concerns rented real property known as 470 Prescott Way, Villa Rica, GA 30180 (the "Property"). A

hearing on said Motion was heard on September 29, 2026, upon notice Movant contends was proper. An objection was filed prior to said hearing [Doc. 33], but at said hearing, no opposition to Movant's Motion was announced by the Debtor or the Trustee.

The Court, having considered the Motion and all other matters of record, hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant's Motion is granted. The automatic stay pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law to recover possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment as to Debtor within the course of a dispossessory action, including to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to Debtor and the property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action;

[END OF DOCUMENT]

**Order presented by:**
/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd Ste B136
Atlanta, GA 30338
Tel: (404) 692-4342
Email: mft@tottenfirm.com

**Pursuant to Administrative Order 2026-02, movants counsel shall serve orders on any party entitled to receive notice of entry of the order that is not a registered CM/ECF user. Within three business days after entry of the order, Movant shall serve the order and file a certificate of service with the Court evidencing that the order has been served.**

**No Opposition:**
/s/ __Eric W. Roach (w/ exp perm)_
Eric W. Roach
GA BAR NO. 143194
Office of Nancy J. Whaley
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303
Email: JRS-Orders@njwtrustee.com

**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd Ste B136
Atlanta, GA 30338

E. L. Clark
Clark & Washington
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341
*Counsel for Debtor*

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303

Angela Rochelle Searcy, Debtor
470 Prescott Way
Villa Rica GA 30180

Angela Rochelle Searcy, Debtor
3317 Lilac Creek Trail
Gainesville, GA 30507