**CERTIFICATE OF SERVICE**

This is to certify that, in accordance with Administrative Order No. 2026-02 (Bankr. N.D. Ga.), I have this date caused a copy of ***[DOC 35] – ORDER GRANTING RELIEF FROM AUTOMATIC STAY*** in ***IN RE Angela Rochelle Searcy, 26-20251-jrs*** to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows

Angela Rochelle Searcy, Debtor
470 Prescott Way
Villa Rica GA 30180

Angela Rochelle Searcy, Debtor
3317 Lilac Creek Trail
Gainesville, GA 30507

Dated: Monday, October 26, 2026.

THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338
(404) 692-4342 (Telephone)
mft@tottenfirm.com

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
ATTORNEY FOR MOVANT