**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

# NOTICE OF CHANGE OF ADDRESS OF DEBTOR

CASE NAME: ANGELA SEARCY

CASED NUMBER: 26-20251-JRS

CASE CHAPTER: 13

NEW ADDRESS: 470 Prescott Way
Villa Rica, GA 30180

I certify that I have this date served the following in the foregoing matter with a copy of this Change of Address Form by hand depositing in the United States Mail a true copy of same in a properly addressed envelope with adequate postage affixed thereto.

New Address: Angela Searcy
470 Prescott Way
Villa Rica, GA 30180

Old Address: Angela Searcy
815 Estuary Trail
Alpharetta, GA 30005

THIS CHANGE OF ADDRESS WAS FURNISHED BY:

Date: 11/6/2026

/s/
Richard H. Thomson, GA Bar # 710264
Attorney for the Debtor