**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re: Debtor(s)
**Angela Rochelle Searcy**
3317 Lilac Creek Trail
Gainesville, GA 30507

**xxx–xx–9923**

Case No.: **26–20251–jrs**
Chapter: **13**

**NOTICE**

NOTICE IS HEREBY GIVEN that a portion of the filing fee remains unpaid in this case in the amount of: **$ 117.50**

1. The Debtor is hereby notified to pay the balance due on or before: **November 16, 2026**.

**For payments by mail, remit using cashier's check, money order or attorney's check made payable to "Clerk, United States Bankruptcy Court" to the address listed below:**

**United States Bankruptcy Court**
**1340 Richard Russell Building**
**75 Ted Turner Drive, SW**
**Atlanta, GA 30303**

**For payments made by hand delivery to a divisional office in Atlanta, Gainesville, Newnan or Rome, note that cash is not accepted. You must remit using cashier's check, money order or attorney's check.**

**Payments may also be made online at:** https://www.ganb.uscourts.gov/online–payments

2. If, by the date(s) set forth above, i) the filing fee is not paid in accordance with this deficiency notice; ii) no request for an extension of time is pending; or iii) neither the debtor nor any party in interest has requested a hearing thereon, the Court may dismiss this case without further notice or hearing.

The Clerk will serve this deficiency notice on Debtor, Debtor's Counsel, and Trustee.

Vania S. Allen
Clerk of Court
U.S. Bankruptcy Court

Dated: November 6, 2026

Form 134
Revised January 2022

United States Bankruptcy Court
Northern District of Georgia

In re:
Angela Rochelle Searcy
Debtor

Case No. 26-20251-jrs
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113E-8 | User: bncadmin | Page 1 of 1
Date Rcvd: Nov 06, 2026 | Form ID: 134 | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Angela Rochelle Searcy, 3317 Lilac Creek Trail, Gainesville, GA 30507-9034 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| E. L. Clark | on behalf of Debtor Angela Rochelle Searcy cwatlantabk@gmail.com clarkwash@ecf.courtdrive.com |
| Matthew Franklin Totten | on behalf of Creditor SFR Fund VI Borrower LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Nancy J. Whaley | ecf@njwtrustee.com |

TOTAL: 3