**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

**Gainesville Division**

In Re: Debtor(s)
**Angela Rochelle Searcy**
470 Prescott Way
Villa Rica, GA 30180

**xxx–xx–9923**

Case No.: **26–20251–jrs**
Chapter: **13**
Judge: **James R. Sacca**

# ORDER CONFIRMING PLAN

The Chapter 13 Plan of Debtor or Debtors (hereinafter "Debtor") has been transmitted to all creditors. Debtor's plan, or plan as modified, satisfies the requirements of 11 U.S.C. § 1325.

Accordingly, it is ORDERED that

(1) The Chapter 13 plan is confirmed;

(2) Property of the estate shall not revest in Debtor until the earlier of discharge of Debtor, dismissal of the case, or closing of case without the entry of a discharge, unless the Court orders otherwise;

(3) A creditor must have a proof of claim filed with the Clerk of Court in order to receive a distribution under this plan, without regard to any other provision of the plan; and

(4) Attorney fees for Debtor's counsel provided for in the Chapter 13 plan and disclosed in the disclosure statement required by Federal Rule of Bankruptcy Procedure 2016(b) are allowed as an administrative expense, subject to disgorgement or disallowance upon request of any party in interest or *sua sponte* by the Court.

(5) Unless the Court orders otherwise, if the amount of a creditor's secured claim is listed in § 3.2 of the plan as having no value (i.e., is zero), the lien securing that claim will terminate and be released by the creditor without further order, effective upon entry of discharge or an order closing the case without discharge. If the case is dismissed or converted to chapter 7, no such lien shall be affected by this Order in accordance with 11 U.S.C. §§ 349(b)(1)(C) or 348(f)(1)(B), as applicable.

(6) Unless the Court orders otherwise, if a claim is listed in § 3.2 of the plan as having value, the lien securing that claim will terminate and be released by the creditor without further order in accordance with § 3.2 of the plan. If the case is dismissed or converted to chapter 7, no such lien shall be affected by this Order in accordance with 11 U.S.C. §§ 349(b)(1)(C) or 348(f)(1)(B), as applicable.

(7) Unless the Court orders otherwise, if § 3.4 of the plan provides that a judicial lien or a nonpossessory, nonpurchase money security interest is avoided as of the entry of the order confirming the plan, such avoidance is subject to 11 U.S.C. §§ 349 and 522(c) if the case is dismissed.

(8) Because no party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. § 521(i)(2) and because the parties in interest should not be subjected to any uncertainty as to whether this case is subject to automatic dismissal under § 521(i)(1), Debtor is not required to file any further document pursuant to § 521(a)(1)(B) to avoid an automatic dismissal and this case is not and was not subject to automatic dismissal under § 521(i)(1). This does not prevent any party in interest from requesting by motion that Debtor supply further information described in § 521(a)(1)(B), and this does not prevent the Chapter 13 Trustee from requesting by any authorized means, including but not limited to motion, that the Debtor supply further information.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest.

**IT IS SO ORDERED.**

Dated: November 10, 2026

New Form 132

James R. Sacca
United States Bankruptcy Judge

United States Bankruptcy Court
Northern District of Georgia

In re: Case No. 26-20251-jrs
Angela Rochelle Searcy Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-8 User: bncadmin Page 1 of 3
Date Rcvd: Nov 10, 2026 Form ID: 132 Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela Rochelle Searcy, 470 Prescott Way, Villa Rica, GA 30180-1178 |
| cr | + | SFR Fund VI Borrower, LLC, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30338, UNITED STATES 30338-4154 |
| 25731470 | + | Ark Homes for Rent, 4401 Northside Parkway Suite 250, Atlanta, GA 30327-5218 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2026 20:49:27 | AIS InfoSource LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2026 20:49:59 | AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2026 20:49:27 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 25731468 | | Email/Text: bvigeant@aplusloansandtaxes.com | Nov 10 2026 20:44:00 | A+ Loans, Attn: Bankruptcy, 1752 West Hwy 192, Suite 1, London, KY 40741 |
| 25731469 | + | Email/Text: bankruptcy@acima.com | Nov 10 2026 20:45:00 | Acima Credit, 13907 Minuteman Dr 5th Floor, Draper, UT 84020-9869 |
| 25866731 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Nov 10 2026 20:49:26 | Aidvantage on behalf of: The Dept of Education, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 25731471 | | Email/Text: caineweiner@ebn.phinsolutions.com | Nov 10 2026 20:44:10 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd 4th Floor, Sherman Oaks, CA 91411 |
| 25731472 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 10 2026 20:48:59 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 25731474 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 10 2026 20:50:04 | Capital One Auto Finance Inc., RA: Corporation Service Compan, 211 E. 7th Street,Suite 620, Austin, TX 78701-3218 |
| 25822976 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2026 20:49:01 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 25731475 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 10 2026 20:47:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 25731480 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 10 2026 20:49:04 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 25731476 | + | Email/Text: operations@tilt.com | Nov 10 2026 20:45:00 | Empower Cash Advance, Attn: Bankruptcy, 660 York St Ste 102, San Francisco, CA 94110-2102 |
| 25754848 | + | Email/Text: bankruptcy@frost-arnett.com | Nov 10 2026 20:43:00 | FROST ARNETT AGT FOR ASSOCIATED |

| | | | | |
|---|---|---|---|---|
| | | | | PATHOLOGISTS LLCFR, PO BOX 198988, NASHVILLE, TN 37219-8988 |
| 25731477 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 10 2026 20:49:01 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 25931744 | | Email/Text: brnotices@dor.ga.gov | Nov 10 2026 20:45:00 | Georgia Department of Revenue, Bankruptcy, 2595 Century Parkway, NE Suite 339, Atlanta, Georgia 30345 |
| 25731478 | | Email/Text: brnotices@dor.ga.gov | Nov 10 2026 20:45:00 | Georgia Department of Revenue, Compliance Division, ARCS Bankruptcy, 1800 Century BLVD NE Suite 9100, Atlanta, GA 30345-3202 |
| 25731479 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 10 2026 20:44:00 | Internal Revenue Service, 401 W. Peachtree St., NW, Stop #334-D, Room 400, Atlanta, GA 30308 |
| 25778799 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 10 2026 20:46:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 25740178 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2026 20:49:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25781490 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 10 2026 20:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 25731481 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 10 2026 20:46:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 25731482 | | Email/Text: bankruptcy@nationalcreditsystems.com | Nov 10 2026 20:43:00 | National Credit Systems, Inc., Attn: Bankruptcy, P.O. Box 672288, Atlanta, GA 30006 |
| 25861069 | | Email/Text: bankruptcy@nationalcreditsystems.com | Nov 10 2026 20:43:00 | National Credit Systems, Inc., P.O.BOX 672288, Marietta, GA 30006 |
| 25731483 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Nov 10 2026 20:49:00 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 25731491 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 10 2026 20:47:00 | Navy Fcu, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 25731492 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 10 2026 20:47:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 25775135 | | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 10 2026 20:47:00 | Navy Federal Credit Union, P.O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 25851948 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 10 2026 20:49:04 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 25748360 | | Email/Text: bnc-quantum@quantum3group.com | Nov 10 2026 20:45:00 | Quantum3 Group LLC as agent for, CASCADE CAPITAL FUNDING LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 25741643 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 10 2026 20:49:30 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 25732139 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Nov 10 2026 20:45:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 25830559 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 10 2026 20:49:30 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 25731498 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 10 2026 20:43:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25731473 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 25731484 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 25731485 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 25731486 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 25731487 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 25731488 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 25731489 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 25731490 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 25731493 | *+ | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 25731494 | *+ | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 25731495 | *+ | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 25731496 | *+ | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 25731497 | *+ | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |

TOTAL: 0 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| E. L. Clark | on behalf of Debtor Angela Rochelle Searcy cwatlantabk@gmail.com clarkwash@ecf.courtdrive.com |
| Matthew Franklin Totten | on behalf of Creditor SFR Fund VI Borrower LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Nancy J. Whaley | ecf@njwtrustee.com |

TOTAL: 3