**IT IS ORDERED as set forth below:**

**Date: November 19, 2026**

**James R. Sacca**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>ANGELA ROCHELLE SEARCY,<br><br>Debtors. | CASE NO. 26-20251-JRS<br><br>CHAPTER 13 |
| ANGELA ROCHELLE SEARCY,<br><br>Movants,<br>v.<br><br>INTERNAL REVENUE SERVICE (Claim Number 18),<br><br>Respondent. | CONTESTED MATTER |

**<u>ORDER GRANTING DEBTOR'S OBJECTION TO PROOF OF CLAIM</u>**

This matter came before the Court upon Debtors' *Objection to Proof of Claim* (Doc. No. 29 & 34) (the "Objection"). The Objection related to Claim Number 18 (the "Claim") filed by Respondent. The Objection stated that the claim showed unassessed taxes for 2020 to 2024, but

Debtors have since filed the requisite year. The Objection sought that the Claim therefore be reduced to reflect the correct liability on the tax returns. Upon notice, hearing on the Motion was held October 15, 2026, at which time no party appeared in opposition; accordingly, it is hereby

**ORDERED** that the Motion is **GRANTED**. Claim Number 18 filed by Respondent shall be reduced to $27,011.84 for priority taxes for 2022 to 2025 and to $20,630.59 for unsecured taxes for 2021 and 2022 .

**END OF DOCUMENT**

Prepared by,

/s/ ______________________
Jason B. Lutz
GA Bar No. 670673
Attorney for Debtor
Clark & Washington, LLC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404) 522-2222
ecfnotices@cw13.com

No Opposition by,

/s/ ______________________
Eric W.Roach
GA Bar No. 143194
Attorney for the Standing Chapter 13 Trustee
Nancy J. Whaley
303 Peachtree Center Ave. NE
Suite 120
Atlanta, GA 30303
Email: eroach@njwtrustee.com

**DISTRIBUTION LIST**

Clark & Washington, P.C.
3300 Northeast Expressway
Building 3
Atlanta, GA 30341

Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303-1216

Angela Searcy
3317 Lilac Creek Trail
Gainesville, GA 30507

The Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

The Internal Revenue Service
Insolvency Unit
401 W Peachtree St, NW
Room 900, M/S 334-D
Atlanta, GA 30308-3539

United States Attorney
Northern District of Georgia
Civil Division, Attn: Civil Clerk
600 Richard B. Russell Federal Building
75 Ted Turner Drive SW
Atlanta, GA 30303-3309

Department of Justice - Tax Division
Civil Trial Section, Southern Region
P.O. Box 14198
Ben Franklin Station
Washington, DC 20044

The Internal Revenue Service
Sonya Hardin, Supervisory BK Specialist
801 Broadway, Room 285, M/S 146
Nashville, TN 37203