**IT IS ORDERED as set forth below:**

**Date: November 19, 2026**

**James R. Sacca**
**U.S. Bankruptcy Court Judge**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>ANGELA ROCHELLE SEARCY,<br><br>Debtors. | CASE NO. 26-20251-JRS<br><br>CHAPTER 13 |
| ANGELA ROCHELLE SEARCY,<br><br>Movants,<br>v.<br><br>INTERNAL REVENUE SERVICE (Claim Number 18),<br><br>Respondent. | CONTESTED MATTER |

**ORDER GRANTING DEBTOR'S OBJECTION TO PROOF OF CLAIM**

This matter came before the Court upon Debtors' *Objection to Proof of Claim* (Doc. No. 29 & 34) (the "Objection"). The Objection related to Claim Number 18 (the "Claim") filed by Respondent. The Objection stated that the claim showed unassessed taxes for 2020 to 2024, but

Debtors have since filed the requisite year. The Objection sought that the Claim therefore be reduced to reflect the correct liability on the tax returns. Upon notice, hearing on the Motion was held October 15, 2026, at which time no party appeared in opposition; accordingly, it is hereby

**ORDERED** that the Motion is **GRANTED**. Claim Number 18 filed by Respondent shall be reduced to $27,011.84 for priority taxes for 2022 to 2025 and to $20,630.59 for unsecured taxes for 2021 and 2022 .

**END OF DOCUMENT**

Prepared by,

*/s/*______________________
Jason B. Lutz
GA Bar No. 670673
Attorney for Debtor
Clark & Washington, LLC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404) 522-2222
ecfnotices@cw13.com

No Opposition by,

*/s/*______________________
Eric W.Roach
GA Bar No. 143194
Attorney for the Standing Chapter 13 Trustee
Nancy J. Whaley
303 Peachtree Center Ave. NE
Suite 120
Atlanta, GA 30303
Email: eroach@njwtrustee.com

**DISTRIBUTION LIST**

Clark & Washington, P.C.
3300 Northeast Expressway
Building 3
Atlanta, GA 30341

Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303-1216

Angela Searcy
3317 Lilac Creek Trail
Gainesville, GA 30507

The Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

The Internal Revenue Service
Insolvency Unit
401 W Peachtree St, NW
Room 900, M/S 334-D
Atlanta, GA 30308-3539

United States Attorney
Northern District of Georgia
Civil Division, Attn: Civil Clerk
600 Richard B. Russell Federal Building
75 Ted Turner Drive SW
Atlanta, GA 30303-3309

Department of Justice - Tax Division
Civil Trial Section, Southern Region
P.O. Box 14198
Ben Franklin Station
Washington, DC 20044

The Internal Revenue Service
Sonya Hardin, Supervisory BK Specialist
801 Broadway, Room 285, M/S 146
Nashville, TN 37203

United States Bankruptcy Court
Northern District of Georgia

In re: Case No. 26-20251-jrs
Angela Rochelle Searcy Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-8 User: bncadmin 
Date Rcvd: Nov 20, 2026 Form ID: pdf554 Total Noticed: 5

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela Rochelle Searcy, 470 Prescott Way, Villa Rica, GA 30180-1178 |
| | #+ | Angela Searcy, 3317 Lilac Creek Trail, Gainesville, GA 30507-9034 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: TAX-CTS-Southern.BankruptcyMail@usdoj.gov | Nov 20 2026 20:12:00 | Department of Justice - Tax Division, Civil Trial Section, Southern Region, P.O. Box 14198, Ben Franklin Station, Washington, DC 20044-4198 |
| | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 20 2026 20:12:00 | The Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| | + | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Nov 20 2026 20:13:00 | United States Attorney, Northern District of Georgia, Civil Division, Attn: Civil Clerk, 600 Richard B. Russell Federal Bldg, 75 Ted Turner Drive SW, Atlanta, GA 30303-3315 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | *+ | The Internal Revenue Service, Sonya Hardin, Supervisory BK Spc, 801 Broadway, Room 285, M/S 146, Nashville, TN 37203-3811 |
| | * | The Internal Revenue Service, Insolvency Unit, 401 W Peachtree St, NW, Room 900, M/S 334-D, Atlanta, GA 30308-3539 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| E. L. Clark | on behalf of Debtor Angela Rochelle Searcy cwatlantabk@gmail.com clarkwash@ecf.courtdrive.com |
| Matthew Franklin Totten | on behalf of Creditor SFR Fund VI Borrower LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Nancy J. Whaley | ecf@njwtrustee.com |

TOTAL: 3